## Whitehead's Estate. (No. 2).

Argued Sept. 27, 1917.   Appeal, No. 26, Oct. T., 1917, by G. E. Whitehead, from decree of O. C. Westmoreland Co., May T., 1916, No. 33, dismissing exceptions to adjudication, in Estate of Sarah Whitehead, deceased.  Before MESTREZAT, POTTER, STEWART, MOSCHZISKER and FRAZER, JJ.   Affirmed.

Exceptions to adjudication.   Before COPELAND, P. J.
The facts appear in Whitehead's Est. (No. 1), 260 Pa. 22.
The court dismissed the exceptions.   G. E. Whitehead appealed.

*Error assigned* was in dismissing the exceptions.

*Curtis H. Gregg,* with him *Sidney J. Potts,* for appellant.

*James S. Moorhead,* with him *Robt. W. Smith,* for appellees.

PER CURIAM, January 7, 1918:
The decree entered in the estate of Peter Whitehead by the Orphans' Court having been affirmed, the decree in this appeal is, by agreement of counsel, affirmed.